**CONNOT LAW OFFICE PLLC**
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
Tel: 702.603.5445
mconnot@connotlaw.com
Attorneys for Defendants Heisu Research Group LLC,
Sabrina Cuesta and Hugo Romeu

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC,<br><br>Plaintiff,<br>vs.<br><br>HEISU RESEARCH GROUP LLC, SABRINA CUESTA, and HUGO ROMEU,<br><br>Defendants. | Case No.: 2:25-cv-02309-MMD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

   Pursuant to LR IA 6-1, Defendants Heisu Research Group LLC, Sabrina Cuesta, and Hugo Romeu ("Defendants") and Plaintiff New Horizon Medical Solutions LLC ("Plaintiff," together with Defendants, the "Parties"), respectfully request that the Court enter this Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint. This is the Parties' first request.

   IT IS HEREBY STIPULATED AND AGREED as follows:

   1. Plaintiff filed its Complaint in the Eighth Judicial District Court, District of Nevada, Case No. A-25-930696-C (the "Complaint"), on October 16, 2025.

   2. Plaintiff served the Complaint and Summonses on Defendants on or about October 23, 2025.

   3. On November 20, 2025, Defendants filed a Petition for Removal from the Eighth Judicial District Court to the United States District Court, State of Nevada.

   4. Pursuant to FRCP 81(c)(2), the deadline for Defendants to respond to Plaintiff's complaint is November 28, 2025.

162011198

5.  Due to the upcoming holiday schedules and unavailability of counsel, the Parties have agreed to extend the deadline for Defendants to respond to Plaintiff's Complaint by seven days, up to and including December 5, 2025.

6.  This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Defendants to respond to Plaintiff's Complaint is extended to December 5, 2025.

DATED: November 24, 2025

**CONNOT LAW OFFICE PLLC**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
mconnot@connotlaw.com
Attorneys for Defendants Heisu Research Group LLC, Sabrina Cuesta and Hugo Romeu

DATED: November 24, 2025

**CLARK HILL PLLC**

*/s/ William D. Schuller*
MICHAEL V. CRISTALLI (6266)
WILLIAM D. SCHULLER (11271)
FORREST ZIMMERMAN (17017)
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
mcristalli@clarkhill.com
wschuller@clarkhill.com
fzimmerman@clarkhill.com

BART J. VERDIRAME (8704)
General Counsel
New Horizon Medical Solutions, LLC
8395 W Sunset Rd, Suite #200
Las Vegas, NV 89113
legal@nhmedical.com
Attorneys for Plaintiff New Horizon Medical Solutions, LLC

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2025