UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| NEW HORIZON MEDICAL SOLUTIONS LLC, | Case No. 2:25-cv-02309-MMD-MDC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HEISU RESEARCH GROUP, LLC, *et al.*, | |
| Defendants. | |

This case comes before this Court through Defendants Heisu Research Group, LLC, Sabrina Cuesta, and Hugo Romeu's Petition for Removal. (ECF No. 1 ("Petition").) Plaintiff New Horizon Medical Solutions LLC filed this action in the Eighth Judicial District Court in Clark County, Nevada, bringing various claims arising from a written agreement between the parties. (ECF No. 1 at 9-19.)

Defendants seek to remove this case on the basis of diversity jurisdiction. District courts have original jurisdiction over civil actions between citizens of different states, and that have an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a). Two parties in this action are LLCs. Although corporations are citizens of any state in which they are incorporated or have their principal place of business, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As "the party asserting diversity jurisdiction[, Defendant] bears the burden of proof." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001). Defendants have not met their burden because Defendants have failed to identify any members of Plaintiff New Horizon Medical Solutions, LLC, or clarify whether those members are citizens of different states.[1]

---

[1] Defendants did identify the sole member of Heisu Research Group, LLC and her state of citizenship in their statement regarding removal. (ECF No.7 at 2.)

It is therefore ordered that within 10 days of the date of this Order, Defendants must supplement their petition for removal with a document that identifies the state citizenship of each member of New Horizon Medical Solutions, LLC. Plaintiff may file a response pursuant to Local Rule 7-2.

DATED THIS 3rd Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE