MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**CLARK HILL PLC**
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: mcristalli@clarkhill.com
           wschuller@clarkhill.com

Attorneys for Plaintiff,
NEW HORIZON MEDICAL
SOLUTIONS LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HEISU RESEARCH GROUP, LLC; SABRINA CUESTA, an individual; HUGO ROMEU, an individual; DOES I through X, inclusive; and ROES Business Entities I through X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-02309-MMD-MDC<br><br>**ORDER GRANTING STIPULATION ON DEFENDANTS' MOTION TO DISMISS** |

Plaintiff NEW HORIZON MEDICAL SOLUTIONS, LLC ("New Horizon"), and Defendants HEISU RESEARCH GROUP, LLC ("Heisu Research"); SABRINA CUESTA ("Cuesta"); and HUGO ROMEU ("Romeu") (collectively, "Defendants" and with New Horizon, "Parties"), by and through their respective counsel, hereby stipulate and agree, as follows:

1.  On October 16, 2025, New Horizon filed a Complaint against Defendants in Clark County District Court, Case No. A-25-930696-C, alleging breach of contract, breach of the implied covenant of good faith and fair dealing, conversion, fraud – promise without intent to perform, fraud in the inducement, promissory estoppel, violation of UCC – failure to pay for goods, account stated, and unjust enrichment.

1. 2. New Horizon and Heisu Research entered into the Net Terms Cellular Tissue Product Agreement, a true and correct copy of which is attached to the Complaint as Exhibit 1.

3. On November 20, 2025, Defendants removed to this Court based on diversity jurisdiction. *See* Defendants' Heisu Research Group LLC, Sabrina Cuesta, and Hugo Romeu's Notice of Removal [ECF No. 1].

4. New Horizon does not dispute that this matter was properly removed to this Court based on diversity jurisdiction.

5. Defendants' Motion to Dismiss [ECF No. 9], filed December 4, 2025, requests that the Court dismiss Cuesta and Romeu for lack of personal jurisdiction under FRCP 12(b)(2) and dismiss all New Horizon's claims for failure to state a claim upon which relief can be granted under FRCP 12(b)(6).

6. New Horizon's response to Defendants' Motion to Dismiss is currently due December 18, 2025.

7. New Horizon's claims against Cuesta and Romeu are dismissed for lack of personal jurisdiction.

8. New Horizon's claims against Heisu Research for conversion, fraud – promise without intent to perform, fraud in the inducement, promissory estoppel, violation of UCC – failure to pay for goods, account stated, and unjust enrichment are dismissed with prejudice.

9. New Horizon shall file an amended complaint, a draft of which is attached hereto as **Exhibit 1** ("Amended Complaint"), alleging breach of contract and breach of the implied covenant of good faith and fair dealing against Heisu Research only.

10. New Horizon shall file the Amended Complaint within five business days of the Court entering an order granting this Stipulation.

///

///

///

1  11. After New Horizon files the Amended Complaint, the Court should deny
2  Defendants' Motion to Dismiss as moot.
3  12. Heisu Research reserves all its defenses.
4  IT IS SO STIPULATED.

5  Dated this 15th day of December 2025.    Dated this 15th day of December 2025.

6  **CLARK HILL PLC**                        **CONNOT LAW OFFICE PLLC**

8  /s/ William D. Schuller, Esq.             /s/ Mark J. Connot, Esq.
   MICHAEL V. CRISTALLI, ESQ.                MARK J. CONNOT, ESQ.
   Nevada Bar No. 6266                       Nevada Bar No. 10010
9  WILLIAM D. SCHULLER, ESQ.                 8965 S. Eastern Avenue, Ste. 382
   Nevada Bar No. 11271                      Las Vegas, Nevada 89123
10 1700 S. Pavilion Center Dr., #500
   Las Vegas, Nevada 89135                   Attorneys for Defendants,
11                                           HEISU RESEARCH GROUP, LLC;
   Attorneys for Plaintiff,                  SABRINA CUESTA; and HUGO ROMEU
12 NEW HORIZON MEDICAL
   SOLUTIONS, LLC

15                                           IT IS SO ORDERED:

17                                           _____
                                             UNITED STATES DISTRICT JUDGE

                                             DATED:     December 15, 2025

19 Submitted By:

20 **CLARK HILL PLC**

22 /s/ William D. Schuller, Esq.
   MICHAEL V. CRISTALLI, ESQ.
   Nevada Bar No. 6266
23 WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 11271

25 Attorneys for Plaintiff,
   NEW HORIZON MEDICAL
   SOLUTIONS, LLC

# EXHIBIT 1

Case 2:25-cv-02309-MMD-MDC    Document 18    Filed 12/15/25    Page 4 of 9

MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**CLARK HILL PLC**
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
Telephone:  (702) 862-8300
Facsimile:   (702) 778-9709
E-mail:  mcristalli@clarkhill.com
         wschuller@clarkhill.com

Attorneys for Plaintiff,
NEW HORIZON MEDICAL
SOLUTIONS LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC, a domestic limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HEISU RESEARCH GROUP, LLC, a foreign limited-liability company,<br><br>Defendants. | CASE NO. 2:25-cv-02309-MMD-MDC<br><br>**AMENDED COMPLAINT** |

COMES NOW, Plaintiff NEW HORIZON MEDICAL SOLUTIONS, LLC ("New Horizon"), by and through its undersigned attorneys at Clark Hill PLC, and hereby complains and alleges against Defendant HEISU RESEARCH GROUP, LLC ("Heisu Research").

**JURISDICTIONAL ALLEGATIONS**

1. New Horizon is a Nevada limited liability company.

2. Heisu Research is a Florida limited liability company.

3. This Court has diversity jurisdiction of this action pursuant to 28 U.S.C. § 1332 as the matter in controversy exceeds $75,000 (exclusive of interest and costs) and is between citizens of different States.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

5. The instant Amended Complaint is filed within the applicable statute of limitations.

**GENERAL ALLEGATIONS**

6. On or about December 30, 2024, New Horizon and Heisu Research entered into the Net Terms Cellular Tissue Product Agreement ("Agreement") whereby Heisu Research would purchase from New Horizon cellular tissue products and affiliated medical products ("Products").

7. Pursuant to the Agreement, Heisu Research agreed to pay New Horizon's invoices within 45 days from the date of the invoice. *Id.* at ¶ 4.a.

8. Pursuant to the Agreement, Heisu Research agreed that New Horizon could charge a late payment fee of 1% per month on any outstanding balance. *Id.* at ¶ 4.b.

9. Nevada law governs enforcement of the Agreement. *Id.* at ¶ 16.d.

10. The Agreement includes a conspicuous jury trial waiver provision. *Id.* at ¶ 16.d.

11. The Agreement provides for reasonable attorney's fees and costs to the prevailing party in litigation. *Id.* at ¶ 16.e.

12. Between December 2024 and October 2025, Heisu Research purchased Products from New Horizon totaling over $6,000,000.00.

13. New Horizon fully performed under the Agreement, including providing timely delivery of Products and invoicing Heisu Research for same.

14. Heisu Research breached the Agreement in failing to make timely payments for Products purchased from New Horizon.

15. Heisu Research breached its duty to New Horizon by actively concealing its inability and/or unwillingness to timely pay New Horizon for Products.

16. On September 19, 2025, Bart J. Verdirame, Esq., New Horizon's General Counsel, sent a demand for payment of $6,553,097.32 to Sabrina Cuesta, Heisu Research's CEO, via email.

17. As of October 16, 2025, Heisu Research owed New Horizon a principal balance of $6,553,097.32, exclusive of late fees, interest, attorney's fees, litigation costs, and any other relief available at law or in equity.

///

///

///

## FIRST CAUSE OF ACTION

### Breach of Contract

18. New Horizon repeats and re-alleges the allegations of all preceding paragraphs as though set forth fully herein.

19. New Horizon and Heisu Research entered into a valid and existing contract – i.e., the Agreement.

20. New Horizon performed all obligations pursuant to the Agreement or was excused from performance.

21. Heisu Research failed to perform and was not excused from performance.

22. More specifically, Heisu Research defaulted under the Agreement in failing to make payments for Products.

23. New Horizon has sustained damages as a result of the breach.

24. New Horizon is thus entitled to compensatory and consequential damages against Heisu Research in excess of $75,000.

25. New Horizon is also entitled to its reasonable attorney's fees and costs pursuant to the Agreement.

## SECOND CAUSE OF ACTION

### Breach of the Implied Covenant of Good Faith and Fair Dealing

26. New Horizon repeats and re-alleges the allegations of all preceding paragraphs as though set forth fully herein.

27. New Horizon and Heisu Research were parties to the Agreement.

28. Heisu Research owed a duty of good faith to New Horizon.

29. Heisu Research breached that duty by performing in a manner that was unfaithful to the purpose of the Agreement.

30. More specifically, Heisu Research defaulted under the Agreement in actively concealing its inability and/or unwillingness to timely pay New Horizon for Products.

31. New Horizon's justified expectations were thus denied.

///

32. New Horizon is thus entitled to compensatory and consequential damages against Heisu Research in excess of $75,000.

33. New Horizon is also entitled to its reasonable attorney's fees and costs pursuant to the Agreement.

## PRAYER FOR RELIEF

WHEREFORE, New Horizon prays for relief as follows:

1. For compensatory and consequential damages against Heisu Research;
2. For an award of reasonable attorney's fees and costs incurred herein;
3. For pre-judgment and post-judgment interest on the foregoing amounts; and
4. For such other and further relief as this Court may deem just and proper.

DATED this _____ day of December 2025.

**CLARK HILL PLC**

By _____
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

Attorneys for Plaintiff,
NEW HORIZON MEDICAL
SOLUTIONS LLC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Clark Hill PLC, and that on the ____ day of December 2025, I caused to be served a true and correct copy of the foregoing **AMENDED COMPLAINT** in the following manner:

The Court's Electronic Filing System to all parties on the current service list.

                                                An Employee of CLARK HILL PLC