**CONNOT LAW OFFICE PLLC**
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
Tel: 702.603.5445
mconnot@connotlaw.com
Attorneys for Defendant Heisu Research Group LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC,<br><br>  Plaintiff,<br>vs.<br><br>HEISU RESEARCH GROUP LLC,<br><br>  Defendant. | Case No.: 2:25-cv-02309-MMD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant Heisu Research Group LLC ("Defendant") and Plaintiff New Horizon Medical Solutions LLC ("Plaintiff," together with Defendant, the "Parties"), respectfully request that the Court enter this Stipulation to Extend Time for Defendant to Respond to Plaintiff's Amended Complaint. This is the Parties' first request.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On December 4, 2025, Defendants Heisu Research Group, LLC, Sabrina Cuesta and Hugo Romeu filed a Motion to Dismiss Plaintiff's Complaint. [ECF No. 9]

2. On December 15, 2025, Plaintiff filed a Stipulation and Order on Defendants' Motion to Dismiss wherein the Parties agreed that the individual Defendants be dismissed, and dismissed certain of Plaintiff's causes of action as to the remaining Defendant Heisu Research Group, LLC, and stipulated to filing an amended complaint. [ECF No. 11] The same day, the Court entered an Order Granting Stipulation on Defendants' Motion to Dismiss. [ECF No. 18]

3. On December 22, 2025, Plaintiff filed an Amended Complaint. [ECF No. 20]

162011198

4. On December 23, 2025, the Court issued a Minute Order dismissing Defendants' Motion to Dismiss as moot due to Plaintiff filing an Amended Complaint. [ECF No. 21]

5. Pursuant to FRCP 15(a)(3), the deadline for Defendant to respond to Plaintiff's Amended Complaint is January 5, 2026.

6. Given the current holiday schedule and unavailability of Defendant's representatives, the Parties have agreed to extend the deadline for Defendant to answer Plaintiff's Amended Complaint by 11 days, up to and including January 16, 2026.

7. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Defendant to answer Plaintiff's Amended Complaint is extended to January 16, 2026.

DATED: December 24, 2025

**CONNOT LAW OFFICE PLLC**

/s/ Mark J. Connot
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
mconnot@connotlaw.com
Attorneys for Defendant Heisu Research Group LLC

DATED: December 24, 2025

**CLARK HILL PLC**

/s/ William D. Schuller
MICHAEL V. CRISTALLI (6266)
WILLIAM D. SCHULLER (11271)
FORREST ZIMMERMAN (17017)
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
mcristalli@clarkhill.com
wschuller@clarkhill.com
fzimmerman@clarkhill.com

BART J. VERDIRAME (8704)
General Counsel
New Horizon Medical Solutions, LLC
8395 W Sunset Rd, Suite #200
Las Vegas, NV 89113
legal@nhmedical.com
Attorneys for Plaintiff New Horizon Medical Solutions, LLC

**ORDER**
**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2025