**CONNOT LAW OFFICE PLLC**
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
Tel: 702.603.5445
mconnot@connotlaw.com

**FELDMAN KODSI**
NEIL D. KODSI (*admitted Pro Hac Vice*)
9822 NE 2nd Avenue, Ste. 12
Miami Shores, FL 33138
Tel: 305-445-2005
nkodsi@feldmankodsi.com
Attorneys for Defendant Heisu Research Group, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC, | Case No.: 2:25-cv-02309-MMD-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| vs. | **(FIRST REQUEST)** |
| HEISU RESEARCH GROUP, LLC, | |
| Defendant. | |

Defendant Heisu Research Group, LLC ("Defendant") and Plaintiff New Horizon Medical Solutions LLC ("Plaintiff," together with Defendant, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the remaining deadlines in this matter as follows:

1.      Pursuant to LR IA 6-1, the Parties submit this Stipulation to extend the remaining deadlines set forth in the current Stipulated Discovery Plan and Scheduling Order [ECF No. 24].

2.      Good cause exists for the requested extension as the Parties are reviewing discovery issues and assessing whether to resolve their dispute prior to preparing dispositive motions.

3.      This request is made in good faith and not for purposes of delay.

4.      The Parties therefore stipulate and agree that the remaining deadlines shall be extended as follows:

162011198

| Deadline | Current Deadline | New Deadline |
| --- | --- | --- |
| Dispositive Motions | June 18, 2026 | August 3, 2026 |
| Joint Pretrial Order | July 20, 2026 | September 2, 2026 |

5.  In the event dispositive motions are filed, the deadline for filing the Joint Pretrial Order shall be suspended until thirty (30) days after resolution of the dispositive motions, or further order of the Court, pursuant to LR 26-1(b)(5).

DATED:  May 28, 2026

**CONNOT LAW OFFICE PLLC**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV  89123
mconnot@connotlaw.com

**FELDMAN KODSI**
NEIL D. KODSI (*admitted Pro Hac Vice*)
9822 NE 2nd Avenue, Ste. 12
Miami Shores, FL  33138
Tel: 305-445-2005
nkodsi@feldmankodsi.com
Attorneys for Defendant Heisu Research Group, LLC

DATED:  May 28, 2026

**CLARK HILL PLC**

*/s/ William D. Schuller*
MICHAEL V. CRISTALLI (6266)
WILLIAM D. SCHULLER (11271)
FORREST ZIMMERMAN (17017)
mcristalli@clarkhill.com
wschuller@clarkhill.com
fzimmerman@clarkhill.com
Attorneys for Plaintiff New Horizon Medical Solutions, LLC

**IT IS SO ORDERED:**

**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  June 12, 2026

2